IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHAWN D. HALL,

   Plaintiff,

     v.

GRAHAM PACKING COMPANY, L.P.,

   Defendant.

CIVIL ACTION FILE
NO. 1:08-CV-2424-TWT

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 48] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 36]. For the reasons set forth in the thorough and well reasoned Report and Recommendation of the Magistrate Judge, the Plaintiff has failed to show a prima facie case of discrimination with respect to his failure to promote claims. The Plaintiff has also failed to show that the Defendant's legitimate nondiscriminatory reasons for failure to promote him were pretextual. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 36] is GRANTED.

SO ORDERED, this 3 day of February, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge